IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PRODUCTIVITY QUALITY
SYSTEMS, INC.,

    Plaintiff,

    v.

CYBERMETRICS
CORPORATION,

    Defendant.

:
:    Case No. 3:17-cv-369
:    JUDGE WALTER H. RICE
:

---

ORDER VACATING OCTOBER 7, 2019, TRIAL DATE

---

As agreed during the conference call held on August 29, 2019, the Court VACATES the October 7, 2019, trial date and all remaining deadlines set forth in the Amended Preliminary Pretrial Conference Order, Doc. #37.

After the High Court of England issues a ruling relative to the hearing currently scheduled for September 5, 2019, counsel for Plaintiff shall notify the Court in writing, with a copy to opposing counsel. The Court will then schedule a conference call to set a new trial date and other necessary deadlines.

Date: August 29, 2019

                                                             _/s/ Walter H. Rice_____
                                                             WALTER H. RICE
                                                             UNITED STATES DISTRICT JUDGE